UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

GENE CURTIS SMALLEY,

   Plaintiff,

            Case No.

v.

RADIUS GLOBAL SOLUTIONS, LLC,

   Defendants.

## NOTICE OF REMOVAL

  PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Radius Global Solutions, LLC (RGS), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, *et seq.*, hereby removes this action from the Wayne County Court of General Sessions, State of Tennessee to the United States District Court for the Middle District of Tennessee. In support of this Notice of Removal, RGS states as follows:

  1. On or about May 12, 2023, plaintiff, Gene Curtis Smalley (plaintiff), commenced a civil action in the Wayne County Court of General Sessions, State of Tennessee, entitled and captioned *Gene Curtis Smalley v. Radius Global Solutions, LLC,* Case No. 91GS1-2023-10889 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

  2. In the Complaint, plaintiff alleges statutory causes of action against RGS under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* A true and correct copy of plaintiff's Complaint is attached hereto as **Exhibit A**. Therefore, this

1

Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FCRA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. On August 29, 2023, RGS was served with a copy of the Summons and Complaint.

4. The time within which RGS is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which RGS was served with plaintiff's Complaint. *See* 28 U.S.C. § 1446.

5. The Wayne County Court of General Sessions, State of Tennessee, is located within the United States District Court for the Middle District of Tennessee. Therefore, venue for purposes of removal is proper because the United States District Court for the Middle District of Tennessee embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of this action is being immediately provided to the Wayne County Court of General Sessions. *See* **Exhibit B** attached hereto.

7. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendant, Radius Global Solutions, LLC, gives notice that this action is removed from the Wayne County Court of General Sessions, State of Tennessee, to the United States District Court for the Middle District of Tennessee.

Dated: September 25, 2023

                                        Respectfully Submitted,

                                        */s/ Reba Brown*
                                        Reba Brown, BPR # 010920
                                        Lewis Thomason, P.C.
                                        424 Church Street, Suite 2500
                                        Nashville, TN 37219
                                        Telephone: (615) 259-1366
                                        Facsimile: (615) 259-1389
                                        Email: rbrown@lewisthomason.com

                                        *Attorneys for Defendant,*
                                        *Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023 a copy of the foregoing was served electronically via CM/ECF and U.S. Mail, postage prepaid, on the following:

        Gene Curtis Smalley – Pro Se Plaintiff
        14 Willis Street
        Nashville, TN 37207

                                        */s/ Reba Brown*
                                        Reba Brown