**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **GENE CURTIS SMALLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:23-cv-00063** |
| | ) | |
| **RADIUS GLOBAL SOLUTIONS, LLC,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The parties have filed a Stipulation of Dismissal. (Doc. No. 7). Accordingly, this action is

**DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE